THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT BARBEE, Defendant-Appellant.

(No. 54883; ▮▮▮▮▮▮▮

First District—June 7, 1971.

*Abstract of Decision*

Opinion by Mr. PRESIDING JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, (Harold A. Cowen, Ronald P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Arthur Belkind, Assistant State's Attorneys, of counsel,) for the People.